

FILED

05/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0156



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0156

TOWN OF FROMBERG,

      Plaintiff and Appellee,

    v.

LLOYD MACKENZIE and SARAH
MACKENZIE,

      Defendants, Third-Party Plaintiffs
and Appellants,

    v.

SHIRLEY MILLER, NATE CANTON, BILL
GRUEL,
TIM NOTTINGHAM and JAMES PERKINS,

      Third-Party Defendants and
Appellees.

**GRANT OF EXTENSION**

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until June 19, 2020, to prepare, file, and serve the Appellant's brief.

DATED this May 19, 2020

                             Bowen Greenwood
                             Clerk of the Supreme Court